**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**EASTERN DIVISION**
**Case No. 4:13-cv-123-FL**

| | | |
|---|---|---|
| EAST CAROLINA UNIVERSITY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CISCO SYSTEMS, INC. and | ) | |
| CISCO TECHNOLOGY, INC., | ) | |
| | ) | |
| Defendants. | ) | |

      Pending before the Court is the parties' Joint Motion to Stay Proceedings for 60-days pending the outcome of the parties' ongoing settlement negotiations. For the reasons stated in parties' motion, the Court **GRANTS** the 60-day stay of the case to allow time for the parties to complete their negotiations. The parties must submit a jointly prepared status report to the Court on or before January 10, 2014.

      This the 25th day of November, 2013.

                                      _____
                                        LOUISE W. FLANAGAN
                                        U.S. District Court Judge