# EXHIBIT E



# Tarrant County College

# Application for Admission

## (817) 515-TCCD

**MAY OWEN CENTER**
1500 Houston Street
Fort Worth, TX 76102-6524

**SOUTH CAMPUS**
5301 Campus Drive
Fort Worth, TX 76119-5926

**NORTHEAST CAMPUS**
828 West Harwood Road
Hurst, TX 76054-3299

**NORTHWEST CAMPUS**
4801 Marine Creek Parkway
Fort Worth, TX 76179-3599

**SOUTHEAST CAMPUS**
2100 Southeast Parkway
Arlington, TX 76018-3144

Visit our Web site:
**www.tccd.edu**

*Tomorrow Starts Here*