**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**EASTERN DIVISION**
Civil Action No. 4:13-cv-00123-FL

| | |
|---|---|
| **EAST CAROLINA UNIVERSITY,**<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>**CISCO SYSTEMS, INC. and**<br>**CISCO TECHNOLOGY, INC.**<br><br>　　　　　　　　　Defendant. | **JOINT STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

Pursuant to Rule 41of the Federal Rules of Civil Procedure, East Carolina University, Cisco Systems, Inc., and Cisco Technology, Inc., hereby each dismiss all claims and counterclaims in this action with prejudice. Each party shall bear its own respective attorneys' fees and costs in this action.

This the <u>2nd</u> day of May, 2014.

<u>s/ Christopher M. Thomas</u>

Catharine Biggs Arrowood (NC Bar No. 6984)
Christopher M. Thomas (NC Bar No. 31834)
PARKER POE ADAMS & BERNSTEIN LLP
150 Fayetteville Street, Suite 1400
Post Office Box 389
Raleigh, North Carolina 27602-0389
Telephone: (919) 828-0564
Facsimile: (919) 834-4564
cbarrowood@parkerpoe.com
christhomas@parkerpoe.com

Larry C. Jones (NC Bar No. 19357)
ALSTON & BIRD LLP
10 1 S. Tryon Street, Suite 4000
Charlotte, NC 28280-4000
Telephone: (704) 444-1019
Facsimile: (704) 444-1759

<u>/s/Phoebe Norton Coddington</u>

Phoebe Norton Coddington
(NC Bar No. 35218)
WINSTON & STRAWN LLP
100 N. Tryon Street ~ Suite 2900
Charlotte, NC 28202
Email: pcoddington@winston.com
(704) 350-7700
(704) 350-7800 - Fax

Jennifer A. Golinveaux
(Cal. Bar No. 203056)
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111-5802
Email: jgolinveaux@winston.com
(415) 591-1506
(415) 591-1400 - Fax

Larry.Jones@alston.com

Gail J. Standish
(Cal. Bar No. 166334)
**WINSTON & STRAWN LLP**
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Email: gstandish@winston.com
(213) 615-1731
(213) 615-1750 - Fax

*Attorneys for Plaintiff East Carolina University*

*Attorneys for Defendants Cisco Systems, Inc. and Cisco Technology, Inc.*

**CERTIFICATE OF SERVICE**

        I hereby certify that on this date a true and correct copy of the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

        Phoebe N. Coddington
        pcoddington@winston.com
        WINSTON & STRAWN LLP
        100 North Tryon Street
        Charlotte, North Carolina 28202-1078

        Gail J. Standish
        gstandish@winston.com
        WINSTON & STRAWN LLP
        333 S. Grand Avenue
        Los Angeles, California 90071-1543

        Jennifer A. Golinveaux
        jgolinveaux@winston.com
        WINSTON & STRAWN LLP
        101 California Street, Suite 3900
        San Francisco, California 94111-5802

        *Attorneys for Defendants Cisco Systems, Inc. and*
        *Cisco Technology, Inc.*

This the 2nd day of May, 2014.

        *s/ Christopher M. Thomas*
        Catharine Biggs Arrowood
        North Carolina State Bar No. 6984
        cbarrowood@parkerpoe.com
        Christopher M. Thomas
        North Carolina State Bar No. 31834
        christhomas@parkerpoe.com
        PARKER POE ADAMS & BERNSTEIN LLP
        150 Fayetteville Street, Suite 1400
        Post Office Box 389
        Raleigh, North Carolina 27602-0389
        Telephone: (919) 828-0564
        Facsimile: (919) 834-4564
        *Attorneys for Plaintiff East Carolina University*